IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN AYALA MEJIA,<br><br>Defendant. | CR 26–08–BU–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings and Recommendation Concerning Plea. (Doc. 20.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Juan Ayala Mejia is charged with one count of illegal reentry, in violation of 8 U.S.C. § 1326(a). (Doc. 1.) Judge DeSoto recommends that this Court accept Mejia's guilty plea as to the charge set forth in the Indictment after Mejia appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and

adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 20) is ADOPTED in full.

IT IS FURTHER ORDERED that Mejia's motion to change plea (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that Juan Ayala Mejia is adjudged guilty as charged in the Indictment.

DATED this 17th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court